UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND, *et al.*,

                         Plaintiffs,

           -v-

EMPIRE CLEANING, INC.,

                         Defendant.

24 Civ. 4028 (PAE)

ORDER

---

**PAUL A. ENGELMAYER, District Judge:**

       The Court having been advised that the parties have agreed in principle to submit this matter to arbitration, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

       The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: August 13, 2024
          New York, New York